IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WM. H. MC GEE & COMPANY OF PUERTO RICO, INC.,

    Plaintiff,

v.

M/V PHOENIX SPIRIT, et al.,

    Defendants.

CIVIL NO. 98-1332 (RLA)

ENTERED ON DOCKET 1/25/00 PURSUANT TO FRCP RULES 58 & 79a

RECEIVED & FILED '00 JAN 25 PM 21 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P

**PARTIAL JUDGMENT
DISMISSING IMPORTADORA DE FRUTOS PEDRO RYAN GONZALEZ**

Plaintiff having failed to submit evidence of having served codefendant IMPORTADORA DE FRUTOS PEDRO RYAN GONZALEZ with process as instructed by the Court,[1] it is hereby

ORDERED AND ADJUDGED that the claims asserted against codefendant IMPORTADORA DE FRUTOS PEDRO RYAN GONZALEZ in this action be and the same are hereby **DISMISSED**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 24 day of January, 2000.

                              RAYMOND L. ACOSTA
                              United States District Judge

---

[1] See Omnibus Order filed on September 8, 1998 (docket No. 7).

AO 72
(Rev 8/82)