IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JAN 26 AM 8 06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

WM. H. MC GEE & COMPANY OF
PUERTO RICO, INC.,

    Plaintiff,

v.                                     CIVIL NO. 98-1332 (RLA)

M/V PHOENIX SPIRIT, et al.,

    Defendants.

### ORDER SCHEDULING INITIAL SCHEDULING CONFERENCE AND INSTRUCTING PARTIES TO FILE JOINT INITIAL SCHEDULING MEMORANDUM

An INITIAL SCHEDULING CONFERENCE is hereby set for **March 31, 2000 at 10:00 a.m.**[1]

The parties shall file **on or before March 15, 2000** a JOINT INITIAL SCHEDULING MEMORANDUM with the following information:

1. Factual version of the case.

2. Applicable legal theories.

3. List of fact witnesses with a concise one sentence reference to the expected testimony of each.

4. List of expert witness(es) with reference to respective field(s) of expertise.

---

[1] The parties shall contact the chambers of the undersigned to verify where the Conference will be held.



AO 72
(Rev 8/82)

CIVIL NO. 98-1332 (RLA)                                    Page 2

---

The parties are admonished that additional witnesses, whether fact or expert, will not be permitted unless allowed by the Court upon good cause shown.

The written reports for the expert witnesses shall include:

> "[A] complete statement of all opinions to be expressed and the basis and reasons therefor; the data or other information considered by the witness in forming the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

Rule 26(a)(2)(B) Fed. R. Civ. P.

5. A list of all documentary evidence available to support the parties' respective contentions.

CIVIL NO. 98-1332 (RLA)                                                    Page 3

---

6. Itemization of all discovery to be conducted, including interrogatories,[2] requests for admissions, requests for production and depositions.

7. If a party intends to amend its pleadings, join parties, or file a third party complaint, reference must me made as to the specific action that it wishes to take, identifying both the parties and the relief sought.

8. For all dispositive motions the parties anticipate filing:

    a. Identify the proponent;

    b. Describe the nature and subject matter of the motion;

    c. Identify the party(ies) against whom the motion will be addressed; and

    d. The expected date for submission of the dispositive motion in accordance with the AMENDED STANDING ORDER issued on May 19, 1998 setting forth the PROCEDURE FOR FILING DISPOSITIVE MOTIONS IN CIVIL CASES ASSIGNED TO JUDGE RAYMOND L. ACOSTA.

9. The parties shall include proposed deadlines for each of the following categories of discovery:

- Deadline for parties to propound all written discovery.

---

[2] Interrogatories shall be limited to no more than twenty-five (25) questions. See Rule 33(a) Fed. R. Civ. P.

- Deadline for plaintiff to identify all expert witnesses (if unknown at the time of filing the ISC memorandum).

- Deadline for conclusion of all fact witnesses depositions.

- Deadline for submission of reports of all plaintiff's expert witnesses.

- Deadline for conclusion of depositions of all of plaintiff's expert witnesses.

- Deadline for defendant to identify all expert witnesses (if unknown at the time of filing the ISC memorandum).

- Deadline for submission of reports of all defendant's expert witnesses.

- Deadline for conclusion of depositions of all defendant's expert witnesses.

- Deadline for serving dispositive motions to opposing counsel.

10. Any other matter the parties deem appropriate.

Failure to comply with the terms of this Order shall result in the imposition of sanctions including but not limited to the dismissal of the complaint, entry of default and/or sanctions against counsel personally.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24 day of January, 2000.

RAYMOND L. ACOSTA
United States District Judge