UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WM. H. MC GEE & COMPANY
OF PUERTO RICO, INC.

V.

M/V PHOENIX SPIRIT, ET AL.



CIV. NO. 98-1332 (RLA)

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 3/16/2000  **Docket # 13**<br><br>[X] **Plff**<br><br>**Title:** MOTION TO VACATE ISC CALL *SINE DIE* FOR MEDICAL REASONS | The ISC Conference scheduled for March 31, 2000 is hereby **CONTINUED** *SINE DIE*.<br><br>CANDIDA R. NEGRON RAMOS, ESQ., counsel for plaintiff, shall file a motion **no later than April 20, 2000**, advising the Court when the Conference can be held. |

(2)

March 21, 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:          EOD:

BY:          # 15