IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

'00 MAY 22 AM 8 58

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

WM. H. MC GEE & COMPANY OF        '
PUERTO RICO, INC.,                '
                                  '
     Plaintiff,                   '
                                  '
     v.                           '     CIVIL NO. 98-1332 (RLA)
                                  '
M/V PHOENIX SPIRIT, et al.,       '
                                  '
     Defendants.                  '
                                  '
_____'

## ORDER FOR PLAINTIFF TO SHOW CAUSE

CANDIDA R. NEGRON RAMOS, ESQ., counsel for plaintiff, having failed to comply with the April 20, 2000 deadline set by the Court,[1] unless she shows cause in writing **on or before June 1, 2000** the complaint filed in this case shall be **DISMISSED FOR LACK OF PROSECUTION.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 18 day of May, 2000.

_____
RAYMOND L. ACOSTA
United States District Judge

_____

[1] See Order issued on March 21, 2000 (docket No. 15).

AO 72
(Rev 8/82)