IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WM. H. MC GEE & COMPANY OF
PUERTO RICO, INC.,

    Plaintiff,

v.                                        CIVIL NO. 98-1332 (RLA)

M/V PHOENIX SPIRIT, et al.,

    Defendants.

### MINUTES OF SETTLEMENT CONFERENCE HELD ON JANUARY 16, 2001

At the Settlement Conference held on January 16, 2001 from 10:45 a.m. to 11:30 a.m. plaintiff was represented by CANDIDA R. NEGRON RAMOS, ESQ. Defendant MARINE EXPRESS, INC. was represented by CARLOS E. BAYRON, ESQ.

Settlement discussions were held. Upon securing approval from their respective clients counsel agreed to settle this action for $3,000.00. The pertinent stipulation shall be filed **no later than January 19, 2001.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 16 day of January, 2001.

                                        RAYMOND L. ACOSTA
                                  United States District Judge

AO 72
(Rev 8/82)