IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WM. H. MC GEE & COMPANY OF
PUERTO RICO, INC.,                     '

        Plaintiff,                     '

        v.                             '     CIVIL NO. 98-1332 (RLA)

M/V PHOENIX SPIRIT, et al.,            '

        Defendants.                    '
_____

## FINAL JUDGMENT

The Motion for Voluntary Dismissal Settlement Stipulation and General Release, filed by plaintiff and codefendant MARINE EXPRESS, INC. on January 23, 2001 (docket No. **20**) is hereby **APPROVED.**

Accordingly, it is hereby ORDERED AND ADJUDGED that the parties be and the same are bound by the terms of their Stipulation which are incorporated herein *in extenso*.

It is further ORDERED AND ADJUDGED that the claims asserted against codefendant MARINE EXPRESS, INC. in this action be and the same are hereby **DISMISSED WITH PREJUDICE** without special imposition of costs or attorneys fees.

It is further ORDERED AND ADJUDGED that this judgment shall become final and unappealable upon its entry.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 24 day of January, 2001.

_____
RAYMOND L. ACOSTA
United States District Judge